# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-1305 September Term 2010

SEC-75FR56668

Filed On: April 7, 2011 [1302061]

Business Roundtable and Chamber of
Commerce of the United States of America,

      Petitioners

  v.

Securities and Exchange Commission,

      Respondent

    **BEFORE:**    Chief Judge Sentelle, and Circuit Judges Ginsburg and Brown

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 7, 2011 at 10:04 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Eugene Scalia, counsel for Petitioners.

  Randall W. Quinn (SEC), counsel for Respondent.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                      Shana E. Thurman
                      Deputy Clerk